UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GARY LYNN EDDLEMON, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:05-CV-0732-G |
| DOUGLAS DRETKE, Director, Texas ) | |
| Department of Criminal Justice, ) | **ECF** |
| Correctional Institutions Division, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Before the court for consideration are the findings and recommendation ("findings") of United States Magistrate Judge Jeff Kaplan on the petition for writ of habeas corpus brought by Gary Lynn Eddlemon, pursuant to 28 U.S.C. § 2254. After reviewing the petitioner's objections to the findings of the United States Magistrate Judge and conducting a *de novo* review of those parts of the findings to which objections have been made, I am of the opinion that the findings of the magistrate judge are correct and they are hereby accepted as the findings of the court.

**SO ORDERED**.

December 14, 2005.

                                                                    _____
                                                                    A. JOE FISH
                                                                    CHIEF JUDGE